The People of the State of Illinois, defendant in error, v. Mary Miller, plaintiff in error. Gen. No. 7,974.
Prosecution for unlawful sale of intoxicants. Conviction and sentence. Error to the County Court of Macon county; the Hon.

John H. McCoy, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed November 6, 1926.

W. J. Carey and Grover C. Hoff, for plaintiff in error. Charles F. Evans, State's Attorney, and A. R. Ivens, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Crow delivered the opinion of the court.